

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**A. John P. Mancini**
Partner
T: (212) 506-2295
jmancini@mayerbrown.com

March 12, 2020

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Pro Music Rights, LLC v. YouTube, LLC**
       **1:19-cv-11618-GBD (S.D.N.Y.)**

Dear Judge Daniels:

We represent YouTube LLC[1] ("Defendant") in the above-captioned action.  Pursuant to Rule II.C of Your Honor's Individual Rules and Practices, we write jointly with counsel for Plaintiff Pro Music Rights ("Plaintiff") to respectfully request that: (i) Defendant's time to respond to the operative Complaint be extended from March 23, 2020 to May 1, 2020, and (ii) the initial pretrial conference, presently scheduled for March 19, 2020, be adjourned until May 18, 2020, or as soon thereafter as the Court is available.

Plaintiff consents to both requests.  Neither Defendant nor Plaintiff has previously requested an extension or adjournment of the above-mentioned deadlines, nor do these requested extensions and adjournments affect any other scheduled dates.

Good cause exists for these requested extensions, as set forth below.  Plaintiff filed this action on December 18, 2019.  (ECF No. 1).  That same day, Plaintiff filed a virtually identical action against Defendant's parent company Google LLC, *Pro Music Rights, LLC v. Google, LLC*, 1:19-cv-11613-GHW (S.D.N.Y) (the "Google Action"), which was assigned to the Honorable Gregory H. Woods.

On December 27, 2019, Your Honor scheduled an initial pretrial conference for March 19, 2020.  (ECF No. 6).  Defendant executed a waiver of service on January 30, 2020, which extended Defendant's time to respond to the Complaint until March 23, 2020.  (ECF No. 7).  On February 25, 2020, Defendant filed a Related Case Statement pursuant to Rule 13(b)(3) of the Rules of the Division of Business Among District Judges for the Southern District of New York, and respectfully requested that Your Honor transfer the above-captioned action to Judge Woods.  (ECF No. 10).  That request is *sub judice*.

---

[1]   YouTube LLC is a wholly owned subsidiary of Google LLC.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Hon. George B. Daniels
March 12, 2020
Page 2

On March 9, 2020, Defendant advised Plaintiff that it intended to move to dismiss the operative Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In response, Plaintiff indicated that it is contemplating an amendment to its Complaint, to address Defendant's anticipated motion and, potentially, avoid the need for motion practice directed at the pleadings.

Given the foregoing, the parties respectfully submit that it will be more efficient for the Court and the parties if the below-referenced deadlines are extended as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Joint letter and proposed Case Management Plan | March 12, 2020 | To be determined by the Court |
| Initial pretrial conference | March 19, 2020 | May 11, 2020 |
| Defendant's time to respond to the operative Complaint | March 23, 2020 | May 18, 2020 |

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ A. John P. Mancini*

A. John P. Mancini


cc: All Counsel of Record by ECF