IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PRO MUSIC RIGHTS, LLC, | ) | Case No.: 1:19-cv-11618 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| v. | ) | **DISMISSAL PURSUANT TO** |
| | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| YOUTUBE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Pro Music Rights, LLC, through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant and with each side to bear its own costs and fees.

Date: March 19, 2020

By: /s/ Richard S. Gora
Richard S. Gora
(203) 424-8021
rich@goralaw.com
**Gora LLC**
2 Corporate Dr., Suite 210
Trumbull, CT 06611

**ATTORNEYS FOR THE PLAINTIFF
PRO MUSIC RIGHTS, LLC**